# LAW OFFICES OF RAHUL WANCHOO

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (646) 593-8866
Facsimile: (212) 618-0213
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

RECEIVED
JUL 07 2008
[illegible]
U.S DISTRICT JUDGE
S.D.N.Y.

July 7, 2008

**Via Facsimile (212) 805-7901 (3 pages)**
Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

Re:   **Joint Stock Company Northern Shipping Company v. Craft Enterprises (International) Ltd., 08 Civ. 3107 (HB)**

Dear Hon. Judge Baer:

We represent the Plaintiff, Joint Stock Company Northern Shipping Company, in the above referenced lawsuit. As per the letter received from your Honor's chambers dated May 12, 2008, an initial pretrial conference has been scheduled in this case on Thursday, July 10, 2008 at 11:15 a.m.

On March 28, 2008 your Honor issued an Ex Parte Order for the issuance of a process of maritime attachment and garnishment against the property of the Defendant in an amount of $76,294.72. Plaintiff has served the process of maritime attachment along with the Court's Order on various garnishees. To date, Plaintiff has not restrained any property of the Defendant nor has Defendant filed an appearance in this action. Please find attached a current copy of the docket report for the case.

In the circumstances, we respectfully request that the July 10, 2008 conference be adjourned. We very much appreciate the Court's consideration of this request.

Respectfully submitted,

*Be here August 21, 2008 at 2:15 pm.*
SO ORDERED:
[signature]
Harold Baer, Jr., U.S.D.J.
Date: 7/8/08

LAW OFFICES OF RAHUL WANCHOO

Rahul Wanchoo
Rahul Wanchoo (RW-8725)

Attachment.