UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOINT STOCK COMPANY NORTHERN
SHIPPING COMPANY

                        Plaintiff,                 ECF Case **08-Civ-3107(HB)**

            - against -

                                                        **NOTICE OF VOLUNTARY**
                                                        **DISMISSAL WITH ORDER**

CRFAFT ENTERPRISES (INTERNATIONAL) LTD.

                        Defendant.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, pursuant to Fed. Civ. P. 41(a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated: New York, New York
           August 20, 2008

                                              LAW OFFICES OF RAHUL WANCHOO
                                              Attorneys for Plaintiff

                                              _/s/ Rahul Wanchoo_
                                              Rahul Wanchoo (RW-8725)
                                              Empire State Building
                                              350 Fifth Avenue, 59th Floor
                                              New York, New York 10118
                                              (646) 593-8866

**IT IS SO ORDERED**

_____

HON. JUDGE HAROLD BAER, Jr.
United States District Judge