UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOINT STOCK COMPANY NORTHERN
SHIPPING COMPANY

                                Plaintiff,                  ECF Case **08-Civ-3107(HB)**

            - against -

                                                     **NOTICE OF VOLUNTARY**
                                                     **DISMISSAL WITH ORDER**

CRFAFT ENTERPRISES (INTERNATIONAL) LTD.

                                Defendant.
------------------------------------------------------------X

        PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, pursuant to Fed. Civ. P. 41(a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated: New York, New York
         August 20, 2008

                                                    LAW OFFICES OF RAHUL WANCHOO
                                                    Attorneys for Plaintiff

                                                    Rahul Wanchoo (RW-8725)
                                                    Empire State Building
                                                    350 Fifth Avenue, 59th Floor
                                                    New York, New York 10118
                                                    (646) 593-8866

IT IS SO ORDERED

_____

HON. JUDGE HAROLD BAER, Jr.
United States District Judge